EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Efraín Aponte Berdecía | 2004 TSPR 137<br><br>162 DPR _____ |

Número del Caso: TS-2595


Fecha: 13 de agosto de 2004


Oficina del Procurador General:

                Lcda. Ivonne Casanova Pelosi
                Lcdo. Carlos Lugo Fiol
                Lcda. Edda Serrano Blasini

Abogado del Querellado:

                Por Derecho Propio


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Efraín Aponte Berdecía

TS-2595

RESOLUCIÓN

San Juan, Puerto Rico, a 13 de agosto de 2004.

Vista la moción de reinstalación del peticionario, se le reinstala únicamente al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo